UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| LEON M. JACKSON | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| v. | ) | Case No. 2:05-cv-55 |
| | ) | HON. R. ALLAN EDGAR |
| G. HILL, et al. | ) | |
| | ) | |
| *Defendants*. | ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the report and recommendation filed by the United States Magistrate Judge. The parties have not timely filed any objections. The Court **APPROVES and ADOPTS** the report and recommendation [Court Doc. No. 61] as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). The plaintiff's motions to supplement his complaint and for an extension of time to serve the complaint [Docket Nos. 54, 56] are **DENIED**. The defendants' motions to dismiss the complaint and/or motions for summary judgment [Docket Nos. 30, 41, 46] are **GRANTED**. The complaint of plaintiff Leon M. Jackson shall be **DISMISSED WITH PREJUDICE** as to all defendants. A separate judgment will enter. The Court **CERTIFIES** pursuant to that 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24 that any appeal of the decision and judgment in this civil action would be frivolous and not taken in good faith.

SO ORDERED.

ENTER this 25th day of April, 2006.

*/s/ R. Allan Edgar*
R. ALLAN EDGAR
UNITED STATES DISTRICT JUDGE